IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KRISTIN LIN BAYLER**
ADC #161047                                                                                                               **PLAINTIFF**

V.                                      NO. 2:24-cv-00110-JM-ERE

**WELLPATH LLC**
**and MONICA ADAMS**                                                                                          **DEFENDANTS**

### ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. Ms. Bayler has not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Ms. Bayler's claims raised under HIPAA and her claims against Wellpath are DISMISSED, without prejudice, based on his failure to state a plausible claim for relief. The Clerk is instructed to terminate Wellpath as a party Defendant.

IT IS SO ORDERED, this 8th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE