## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KRISTIN LIN BAYLER**
**ADC #161047**                                                    **PLAINTIFF**

**V.**                    **NO. 2:24-cv-00110-JM-ERE**

**MONICA ADAMS**                                                  **DEFENDANT**

## <u>ORDER</u>

On January 15, 2025, defendant Monica Adams filed an amended suggestion of bankruptcy and notice of stay of these proceedings ("Amended Notice") due to the bankruptcy filing by Wellpath Holdings, Inc., and related entities. *Doc. 29*; see *In re Wellpath Holdings, Inc.*, *et al*., Case No. 24-90533 (Bankr. S.D. Tex) ("the "Wellpath Bankruptcy").

A January 14, 2025 Amended Interim Stay Order filed in the Wellpath Bankruptcy and attached to Defendant Adams' Amended Notice purports to stay, through February 18, 2025, the claims or causes of action pending against Defendant Adams because she is a current or former Wellpath employees. See *Doc. 29-2 at p. 3;* Wellpath Bankruptcy, *Doc. 962* at p. 3.

After reviewing the Amended Notice and the Wellpath Bankruptcy Court's Amended Interim Stay Order, this action is hereby STAYED in its entirety until further order.

IT IS THEREFORE ORDERED THAT:

1.    All pending deadlines are currently stayed and will be re-set by subsequent notice once the stay is lifted.

2.    Defendant Adams must file a status report within seven days of the entry of *any* Order entered by United States Bankruptcy Judge Alfredo R. Perez in the Wellpath Bankruptcy that lifts or further extends the automatic stay as to non-debtor defendants in this case.

3.    If Ms. Bayler wishes to file a motion for relief from stay pursuant to 11 U.S.C. § 362, such motion must be filed with the Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002 in the bankruptcy case (*In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533).

SO ORDERED 24 January 2025.


_____
UNITED STATES MAGISTRATE JUDGE