IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KRISTIN LIN BAYLER**                                                      **PLAINTIFF**
**ADC #161047**

V.                       NO. 2:24-cv-00110-JM

**MONICA ADAMS**                                                             **DEFENDANT**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Adams' motion for summary judgment (*Doc. 38*) is GRANTED. Mr. Bayler's claims against Defendant Adams are DISMISSED, with prejudice. Judgment will be entered in favor of Defendant Adams. The Clerk is instructed to close this case.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE